448 A.2d 1160

Commonwealth v. Reese, Appellant.

Submitted May 4, 1981. Harry L. Green, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

Order affirmed.